# ALABAMA COURT OF CRIMINAL APPEALS



September 12, 2025

**CR-2024-0449**

William Craig Burress v. State of Alabama (Appeal from Colbert Circuit Court:  CC-18-46.61)

## <u>NOTICE</u>

You are hereby notified that on September 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk